UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.O., individually and on behalf of E.N. a minor,<br><br>                              Plaintiffs,<br><br>-v-<br><br>CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,<br><br>                              Defendant. | CIVIL ACTION NO.: 23 Civ. 9732 (JLR) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The affidavit of service at ECF No. 8 resolves the Court's February 5, 2024 Order to Show Cause (ECF No. 7).

Dated:       New York, New York
               February 6, 2024

                                                      SO ORDERED.

                                                      _____
                                                      **SARAH L. CAVE**
                                                      **United States Magistrate Judge**