UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.O., individually and on behalf of E.N. a minor,

                    Plaintiffs,

-v-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                    Defendant.

CIVIL ACTION NO.: 23 Civ. 9732 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 11 is GRANTED, and the Court orders as follows:

1. The parties' deadline to file a letter "indicating whether there is any need for discovery or an initial conference in this case" (ECF No. 3 at 1) and all other case deadlines are ADJOURNED sine die pending the resolution of the anticipated motion (the "Motion") to consolidate this action with R.C. v. N.Y.C. Dep't of Educ., 23 Civ. 9727 (JPC) (RWL).

2. By **April 11, 2024**, the parties shall file a joint letter reporting on the status of the Motion.

The Clerk of Court is respectfully directed to close ECF No. 11.

EDated:     New York, New York
               February 16, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**