UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E.O., individually and on behalf of E.N. a minor,

                Plaintiffs,

-v-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 9732 (JLR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 14 is GRANTED. This action is STAYED until **August 26, 2024**, by which date the parties shall file a joint letter reporting on the status of their settlement discussions and advising whether there is any need for discovery or an initial conference.

The Clerk of Court is respectfully directed to close ECF No. 14.

EDated:    New York, New York
            March 20, 2024

                                          SO ORDERED.

                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**